## KEITH *against* JONES.

A note paya-    THIS was an action of *assumpsit.* The declaration con-
ble to B. or
bearer,in *York*  tained several counts. The first was on a promissory note, under
*state bills* or
*specie*, is a ne-  the statute, dated the 17th *May,* 1810, by which the defendant,
gotiable note  for value received, promised to pay the plaintiff or bearer, forty-
under the sta-
tute ; and may  four dollars, by the first day of *October* next, with use, to be paid
be declared  in *York* state bills or specie. The other counts were for goods
on as such.
sold and delivered, money paid, money lent, &c.
    The defendant demurred to the declaration.

    *Foot*, in support of the demurrer, cited 1 *Rev. Laws,* 229.
*Chitty on Bills,* 17. 34.

    *Sedgwick*, contra.

    *Per Curiam.* The first count in the declaration, and to which
there is a general demurrer, is good. The note therein stated is
a negotiable note, under the statute ; and being declared to be paya-

ble in *York state bills or specie*, is the same thing as being made NEWYORK, payable in lawful current money of the state ; for the bills men- May, 1812. tioned mean bank paper, which is here, in conformity with com- BERRY mon usage and common understanding, regarded as cash. v, ROBINSON.

Judgment for the plaintiff.